# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

VERONICA DORATO, as PERSONAL
REPRESENTATIVE OF THE WRONGFUL
DEATH CLAIM OF DANIEL TILLISON,
deceased; BRUCE THOMPSON, as guardian
ad litem for D.T. and J.T., minor children;
MARIA TOUCHET, as guardian ad litem for I.M.,
a minor child; and MARY JOBE,

       Plaintiffs,

vs.                                                                                     No. CIV 14-0365 JB/GBW

OFFICER MARTIN SMITH, in his official
and individual capacities; JOHN/JANE DOE
SUPERVISOR, in his/her official and individual
capacities; ALBUQUERQUE POLICE
DEPARTMENT; and CITY OF ALBUQUERQUE,

       Defendants.

## <u>FINAL JUDGMENT</u>

**THIS MATTER** comes before the Court on: (i) the Plaintiffs' Stipulated Notice of

Voluntary Dismissal of Defendant Albuquerque Police Department Without Prejudice, filed

December 10, 2014 (Doc. 63)("APD Dismissal"); (ii) the Court's Stipulated Dismissal of the John

Doe and Jane Doe Supervisors as Parties, filed August 16, 2016 (Doc. 206)("John/Jane Doe

Dismissal"); (iii) the Court's Stipulated Dismissal of Martin Smith as a Party and All Claims

Asserted Against Martin Smith, filed October 27, 2016 (Doc. 240)("Smith Dismissal"); (iv) the

Court's Stipulated Dismissal of the City of Albuquerque as a Party and Dismissal of All Claims

Asserted Against the City of Albuquerque, filed October 27, 2016 (Doc. 241)("City Dismissal").  In

the APD Dismissal, the Plaintiffs voluntarily dismissed all claims against Defendant Albuquerque

Police Department, and the parties stipulated that the Albuquerque Police Department should be

dismissed without prejudice.  See APD Dismissal at 1.  In the John/Jane Doe Dismissal, the Court

dismissed, based upon the parties' stipulation, Defendants John Doe and Jane Doe Supervisors with prejudice.  <u>See</u> John/Jane Doe Dismissal at 1.  In the Smith Dismissal, the Court dismissed, based upon the parties' stipulation, Defendant Martin Smith and all claims asserted against him with prejudice.  <u>See</u> Smith Dismissal at 1.  In the City Dismissal, the Court dismissed, based upon the parties' stipulation, Defendant City of Albuquerque and all claims asserted against it with prejudice. <u>See</u> City Dismissal at 1.

**IT IS ORDERED** that: (i) Final Judgment is entered; (ii) the claims against Defendant Albuquerque Police Department are dismissed without prejudice; and (iii) the remaining case, claims, and parties are dismissed with prejudice.

_____
UNITED STATES DISTRICT JUDGE

*Counsel:*

Frances Crockett Carpenter
Hans Peter Erickson
Frances Crockett, LLC
Albuquerque, New Mexico

    *Attorneys for the Plaintiffs*

Jessica Hernandez
  City Attorney
Stephanie M. Griffin
  Assistant City Attorney
Albuquerque, New Mexico

    *Attorneys for the Defendants*

Frederick Mowrer
Sanchez, Mowrer & Desiderio, P.C.
Albuquerque, New Mexico

    *Attorneys for the Albuquerque Police Officer's Association*